GREENE, Chief Judge,
concurring:
I concur with the holdings in this case. I write separately, however, because I would hold additionally that Mr. Tropfs constitutional argument is without merit and should be disposed of accordingly. The Equal Protection Clause “is essentially a direction that all persons similarly situated should be treated alike.” Cleburne v. Cleburne Living Ctr., Inc., 473 U.S. 432, 439, 105 S.Ct. 3249, 87 L.Ed.2d 313 (1985). Mr. Tropf argues that treating his arm and back disabilities differently in the rating schedule is a violation of due process; he asserts that he should be awarded a compensable rating for his arm because it is essentially the same injury as his back injury. That argument is without merit because treating a veteran’s own injuries differently is not unequal treatment of “persons similarly situated.” Cleburne, supra (emphasis added); Reeves v. West, 11 Vet.App. 255 (1998); Clarke v. Brown, 10 Vet.App. 20 (1997).